DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

13 JUNE 2012

| | | | |
|---|---|---|---|
| 209P12 | State Farm Mutual Automobile Insurance Company, as Subrogee of Ronald Thompson v. Arthur Hill | 1. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA11-1125) | 1. Denied |
| | | 2. Def's *Pro Se* Motion to Suspend Rules and Consider PDR Timely Filed | 2. Denied |
| | | 3. Def's *Pro Se* Motion in the Alternative to Consider PDR a Petition for *Writ of Mandamus* | 3. Denied |
| | | 4. Def's *Pro Se* Motion in the Alternative to Consider PDR a Petition for *Writ* of Prohibition | 4. Denied |
| | | 5. Def's *Pro Se* Motion in the Alternative to Consider PDR a PWC | 5. Denied |
| 210P12 | State v. Shamakh Alshaif | Def's Petition for Expedited Review Under Art. IV. § 12(1) of the North Carolina Constitution (COA11-817) | Dismissed **05/09/12** |
| 211P12 | State v. Charles Thomas West | Def's *Pro Se* Motion for PDR (COAP10-854) | Dismissed |
| 212P12 | State v. Michael Anthony Kerr | Def's *Pro Se* PDR (COA11-749) | Denied |
| 213A12 | In the Matter of the Foreclosure of Deed of Trust Executed by Jennifer L. Wilson in the Original Amount of $94,900.00 Dated January 16, 2007, Recorded in Book 21672, Page 355, Mecklenburg County Registry, Substitute Trustee Services, Inc., Substitute Trustee | 1. Respondent's *Pro Se* NOA Based Upon a Constitutional Question (COA11-1487) | 1. - - - |
| | | 2. Petitioner's Motion to Dismiss Appeal | 2. Allowed |
| 214P12 | State v. Timothy Lamont Evans | 1. Def's *Pro Se* PWC to Review the Order of Durham County Superior Court | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| | | | **Jackson, J., Recused** |